# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**JEFF WOMACK**                                                                                          **PLAINTIFF**

2:17-CV-00205-BRW

**ST FRANCIS COUNTY, ARKANSAS**                                                      **DEFENDANT**

## ORDER

Defendant's Motion for Reconsideration (Doc. No. 35) is DENIED.

Defendant asserts that I was unaware that Ms. Womack – whose affidavit was considered when denying summary judgment – was Plaintiff's wife. However, I assumed she was his wife when I reviewed the motions and supporting documents. The other issues raised are irrelevant for the purpose of summary judgment.

IT IS SO ORDERED this 29th day of November, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE